IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR92 |
| | ) | |
| v. | ) | |
| | ) | |
| ADAM SCHMID, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Before the court is the Amended Report and Recommendation of United States Magistrate Judge F.A. Gossett, Filing No. 32.  No objection has been filed to the Amended Report and Recommendation.  Pursuant to NECrimR 57.3 and 28 U.S.C. § 636(b)(1)(C), the court has conducted a de novo review of the record and adopts the Amended Report and Recommendation in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1.  The Amended Report and Recommendation, Filing No. 32, is adopted in its entirety.

2.  The defendant's motion to suppress, Filing No. 15, is denied in part and granted in part.

DATED this 26th day of June, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge